**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


Richard A. O'Donnell, Pequot OD, LLC,

        Plaintiffs,                  Civil 10-2523 (RHK/RLE)

vs.                              **DISQUALIFICATION AND**
                                   **ORDER FOR REASSIGNMENT**

Lakes State Bank, et al.,

        Defendants.


      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 22, 2010

                                                                 s/Richard H. Kyle
                                                                RICHARD H. KYLE
                                                                United States District Judge