UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RICHARD A. O'DONNELL,

    Plaintiff,

v.                             **ORDER**
                                Civil File No. 10-2523 (MJD/LIB)

LAKE STATE BANK, et al.,

    Defendants.

Richard A. O'Donnell, pro se.

Joseph J. Cassioppi and David R. Marshall, Fredrikson & Byron, PA, Counsel for Defendants.

The above-entitled matter also comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated November 10, 2010. [Docket No. 34] Plaintiff Richard A. O'Donnell filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the

Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated November 10, 2010.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated November 10, 2010 [Docket No. 34].

2. Plaintiff's Motion for Default Judgment [Docket No. 16] is **DENIED**.

Dated:　December 13, 2010　　　　　s/ Michael J. Davis
　　　　　　　　　　　　　　　　　　Michael J. Davis
　　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court