UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Richard A. O'Donnell,

                Plaintiff,

v.                              ORDER ADOPTING
                                 REPORT AND RECOMMENDATION

Lakes State Bank, Pres. David Elsenpeter,
Ext. VP John "J.P." Elsenpeter, John C.
Elsenpeter, Gilroy G. Arvig, Roger
Schweiter and Richard Tiedeman,
and Minnesota Department of Commerce.

                Defendants.           Civ. No. 10-2523 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

    1.    Defendants' Motion for Summary Judgment [Docket No. 116] is GRANTED;  and

    2.    Plaintiff's Motion for Summary Judgment [Docket No. 167] is DENIED.

    LET JUDGMENT BE ENTERED.


DATED: April 24, 2012                             s/Michael J. Davis
At Minneapolis, Minnesota                 Michael J. Davis, Chief Judge
                                                United States District Court